UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES H. HARRISON, JR.,                    CASE NO. 12-60875-CIV-COHN/SELTZER

       Plaintiff,

     vs.

MAKO SURGICAL CORPORATION,
MAURICE R. FERRÉ, and FRITZ L.
LAPORTE,

       Defendants.
_____/

BRIAN PARKER, Individually
and On Behalf of All Others              CASE NO. 12-60954-CIV-COHN/SELTZER
Similarly Situated,

       Plaintiff,
v.

MAKO SURGICAL CORPORATION,
MAURICE R. FERRÉ, and FRITZ L.
LAPORTE,

       Defendants.
_____/

### ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL; DENYING AS MOOT MOTION TO DISMISS; AND DENYING AS MOOT MOTION TO STAY

**THIS CAUSE** is before the Court upon the Motion of Oklahoma Firefighters & Baltimore County for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel [DE 15] ("Motion").  The Court has carefully considered the Motion, the Memorandum in support thereof [DE 15-2], the Declaration of Michael W. Stocker [DE 16], the Joint Declaration of Robert E. Jones and Michael E. Field [DE 17],

Oklahoma Firefighters & Baltimore County's Response in Support [DE 22], and is otherwise advised in the premises.

In the Motion, Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") and Baltimore County Employees' Retirement System ("Baltimore County"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, seek an order from this Court (1) consolidating James M. Harrison v. Mako Surgical Corporation, et al., Case No. 12-60875-CIV-COHN/SELTZER with Brian Parker v. Mako Surgical Corporation, et al., Case No. 12-60875, Case No. 12-60954-CIV-COHN/SELTZER; (2) appointing Oklahoma Firefighters and Baltimore County as lead plaintiff of a class of all persons who purchased or otherwise acquired the publicly-traded common stock of MAKO Surgical Corporation between January 9, 2012 and May 7, 2012; and (3) approving their selection of Labaton Sucharow LLP as lead counsel for the class and Robbins Geller Rudman & Dowd LLP as liaison counsel for the class.  Motion at 2.  The Motion is unopposed.[1]

Given that the Motion is unopposed, Oklahoma Firefighters and Baltimore County's representation that it has the largest financial interest in the relief sought by the class, and that Oklahoma Firefighters and Baltimore County otherwise meet the requirements of Federal Rule of Civil Procedure 23, the Court will grant the Motion and appoint Oklahoma Firefighters and Baltimore County as Lead Plaintiff in a consolidated

---

[1]     Bob Buker filed a motion to be appointed as lead plaintiff [DE 13], but withdrew the motion on July 26, 2012 on the grounds that Oklahoma Firefighters and Baltimore County has the largest financial stake in the litigation and satisfies the requirements of Federal Rule of Civil Procedure 23.  See Notice of Withdrawal of Motion [DE 21].

action.  See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Motion of Oklahoma Firefighters & Baltimore County for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel [DE 15] is **GRANTED**;

2.  The above-captioned actions are consolidated for all purposes (the "Consolidated Action").  This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Consolidated Action;

3.  A Master File is established for this proceeding.  The Master File shall be Case No. 12-60875-CIV.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket;

4.  An original of this Order shall be filed by the Clerk in the Master File and in Case No. 12-60954-CIV;

5.  Every pleading in the Consolidated Action shall have the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60875-CIV-COHN/SELTZER

IN RE MAKO SURGICAL CORPORATION
SECURITIES LITIGATION
_____/

6.  The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that may properly be

consolidated as part of the Consolidated Action;

7.  When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another court, upon notice to the Clerk of this Court, the Clerk's Office shall:

   a.  File a copy of this Order in the separate file for such action;

   b.  Send a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case, and to any new defendant(s) in the newly-filed case; and

   c.  Make the appropriate entry in the Master Docket for the Consolidated Action;

8.  Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action.  This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently-filed or transferred related action;

9.  Oklahoma Firefighters and Baltimore County are hereby appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B);

10. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Oklahoma Firefighters and Baltimore County's selection of Labaton Sucharow LLP as Lead Counsel for the Class is **APPROVED**.  Lead Counsel shall have the authority to speak for all Plaintiffs

and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.  Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel shall have the following responsibilities:

a.      to brief and argue motions;

b.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c.      to direct and coordinate the examination of witnesses in depositions;

d.      to act as spokesperson at pretrial conferences;

e.      to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

f.      to initiate and conduct any settlement negotiations with Defendants' counsel;

g.      to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h.      to consult with and employ experts;

i.      to receive and review periodic time reports of all attorneys on behalf of

Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

j.      to perform such other duties as may be expressly authorized by further order of this Court;

11.     Oklahoma Firefighters and Baltimore County's selection of Robbins Geller Rudman & Dowd LLP as Liaison Counsel for the Class is **APPROVED**;

12.     The Clerk shall place a copy of this Order in Case No. 12-60954-CIV-COHN/SELTZER and administratively close Case No. 12-60954-CIV-COHN/SELTZER;

13.     Lead Plaintiff shall file an Amended Consolidated Complaint on or before **August 29, 2012**;

14.     Defendants' Motion to Dismiss Class Action Complaint [DE 9] is **DENIED AS MOOT**; and

15.     Plaintiff's Motion to Stay Consideration of Defendants' Motion to Dismiss Class Action Complaint [DE 11] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 1st day of August, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.