UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60875-CIV-COHN/SELTZER

IN RE MAKO SURGICAL CORPORATION
SECURITIES LITIGATION
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court *sua sponte*. On May 15, 2013, this Court entered an Order Granting Defendants' Motion to Dismiss. See DE 48. In the Motion, the Court stated that any motion seeking leave to file a second amended complaint was due on or before June 5, 2013. This deadline has passed, however, and no motion seeking leave to file a second amended complaint has been filed. Accordingly, dismissal of this action is warranted. It is thereupon

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of June, 2013.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.