UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60875-CIV-COHN/SELTZER

IN RE MAKO SURGICAL CORPORATION
SECURITIES LITIGATION
_____/

### FINAL JUDGMENT

**THIS CAUSE** is before the Court on the Court's separately entered order granting Defendants' Motion for Entry of Final Judgment. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendants, MAKO Surgical Corporation, Maurice R. Ferré and Fritz L. LaPorte and against Plaintiffs Oklahoma Firefighters Pension and Retirement System and Baltimore County Employees' Retirement System on all counts. Each party is to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of June, 2013.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.